FORM FOR USE IN APPLICATIONS

FOR HABEAS CORPUS UNDER 28 U.S.C. §2254

RECEIVED

2006 JAN 24 A 9:56

Name: LARYIE EARL JONES

Prison Number: 156610

Place of Confinement: Kilby Correctional Facility, P.O. Box 150, Mt. Meigs, AL 36057

United States District Court  Middle  District of Alabama

Case No. 2:06cv67-MEF
(To be supplied by Clerk of U. S. District Court)

LARYIE EARL JONES, PETITIONER
(Full name) (Include name under which you were convicted)

TERRANCE McDONNELL, RESPONDENT
(Name of Warden, Superintendent, Jailor, or authorized person having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF  ALABAMA

_____, ADDITIONAL RESPONDENT.

(if petitioner is attacking a judgment which imposed a sentence to be served in the <u>future</u>, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the <u>future</u> under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN
STATE CUSTODY

INSTRUCTIONS--READ CAREFULLY

.(1) This petition must be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

The Judicial Conference of the United States has adopted, effective 1/1/83, the 8-1/2 x 11 inch paper size standard for use throughout the federal judiciary and directed the elimination of the use of legal size paper. All pleadings, etc. filed after 12/31/82 must be on 8-1/2 x 11 inch paper, otherwise we cannot accept them.

(2) Additional pages are not permitted except with respect to the <u>facts</u> which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed <u>in forma pauperis</u>, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed <u>in forma pauperis</u>, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, <u>the original and two copies* must be</u> mailed to the Clerk of the United States District Court whose address is
_____P. O. Box 711, Montgomery, Alabama 36101_____
_____.

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

   *If you are proceeding in forma pauperis, only the original petition needs to be filed with the Court.

PETITION

1. Name and location of court which entered the judgment of conviction under attack _In The Circuit Court of Covington County Andalusia Alabama_

2. Date of judgment of conviction _9-27-2005_

3. Length of sentence _15 Years Split (1)_ Sentencing Judge _M. Ashley McKathan_

4. Nature of offense or offenses for which you were convicted: _Unlawful Possession of a Controlled Substance_
_____
_____

5. What was your plea? (check one)
   (a) Not guilty ( )
   (b) Guilty (X)
   (c) Nolo contendere ( )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _____
_____
_____
_____

6. Kind of trial: (Check one)
   (a) Jury ( )
   (b) Judge only (X)

7. Did you testify at the trial? Yes ( )   No (X)

8. Did you appeal from the judgment of conviction? Yes (X)   No ( )

9. If you did appeal, answer the following:
   (a) Name of court **CRIMINAL APPEALS**
   (b) Result **STILL PENDING SUPPOSELY, HAd NOT HEARD ANYTHING FROM APPEAL**
   (c) Date of result _____
   If you filed a second appeal or filed a petition for certiorari in the Supreme Court, give details: _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? Yes (X)   No ( )

11. If your answer to 10 was "yes", give the following information:
    (a)(1) Name of court **CIRCUIT COURT OF COVINGTON COUNTY**
    (2) Nature of proceeding **MOTION TO WITHDRAW GUILTY PLEA IN CASES CC-2003-187-418-419**
    (3) Grounds raised **INEFFECTIVE ASSISTANCE OF COUNSEL, AND THE GUILTY PLEA WAS NOT MADE VOLUNTARY, BECAUSE THE RESULT OF FORCE AND THREATEN AND COERCED, AND PROMISE WAS MADE TO PETITIONER BY THE STATE ATTORNEY AND BY HIS DEFENSE COUNSEL IF PETITIONER PLEA GUILTY. THEY PROMISE HIM ALL HIS JAIL CREDIT AND WOULD BE RELEASED TIME SERVED.**
    (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes (X)   No ( )
    (5) Result **MOTION WERE GRANTED TO WITHDRAW GUILTY PLEA, REINSTATED ALL CHARGES**
    (6) Date of result **12-1-2005**
    (b) As to any second petition, application or motion give the same information:
    (1) Name of court **MIDDLE DISTRICT COURT OF ALABAMA**
    (2) Nature of proceeding **FEDERAL WRIT OF HABEAS CORPUS, PROVISION OF 28-U.S.C. 2241-Civil Action No. 2:05-CV-761-F**
    (3) Grounds raised **DENIED OF A SPEEDY TRIAL, AND THAT PETITIONER HAS BEEN IN JAIL WITHOUT BAIL IN CASES CC-2003-187-418-419 FOR 13 MONTHS, AND IN CASE CC-2004-347, HE WAS DETAINED UNLAWFULLY BECAUSE HIS BAIL IN THE AMOUNT OF $200,000 IS EXCESSIVE, WHICH CONSTITUTES A DENIAL OF DUE PROCESS, AND HE IS BEING HELD UNLAWFULLY BECAUSE HE HAS BEEN AWAITING TRIAL FOR 13 MONTHS, AND WAITING FOR RESULTS OF tests,**
    (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( )   No ( )
    (5) Result **STILL PENDING**
    (6) Date of result _____
    **PERFORMED ON DRUG PARAPHERNALIA.**

    (c) As to any third petition, application or motion, give the same information:
       (1) Name of court **Middle District Court of Alabama**
       (2) Nature of proceeding **Motion To Amend (Doc. No. 9)**
       (3) Grounds raised **See Attach Sheets Enclosed Copy.**

       (4) Did you receive an evidentiary hearing on your petition, application or motion?  Yes ( )  No (X)
       (5) Result **Granted**
       (6) Date of result **September 7, 2005**
    (d) Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:
       (1) First petition, etc.       Yes ( )  No (X)
       (2) Second petition, etc.   Yes ( )  No ( )
       (3) Third petition, etc.    Yes ( )  No ( )
    (e) If you did **not** appeal from the adverse action on any petition, application or motion, explain briefly why you did not: **Still Pending**

12.  State <u>concisely</u> every ground on which you claim that you are being held unlawfully.  Summarize <u>briefly</u> the <u>facts</u> supporting each ground.

    CAUTION:  In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court.  As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief.  If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

    For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings.  Each statement preceded by a letter constitutes a separate ground for possible relief.  You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them.  However, <u>you should raise in this petition all available grounds</u> (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

    If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose.  Do not check any of the grounds listed below.  The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Denial of Effective Assistance of Counsel, He was No Show At Time of Trial He Sent His Father To Take His Place
Supporting FACTS (tell your story briefly without citing cases or law): His Performance was below Prevailing Professional Norms To such Extent Petitioner were denied Sixth Amendment Right to Assistance of Counsel, Counsel Failed to meet the due Process Requirement of Effective Representation by Counsel by Failing to give Petitioner His Complete Loyalty, And Failing to served Petitioner Cause in good Faith And to the best of His Ability, Petitioner Met His Counsel one day Before Trial At the Jail, Counsel did't Know About Petitioner Case, That was the First Time Petitioner meet Him A day Before Trial For 30 mines His Reperesentation was only Perfunctory in Bad-Faith A Sham A Pretense And without Adequated opportunity For Conference And Preparation This Test is Applicable to Case in Which Counsel is Retained by or For An Accused As well As to Cases in Which Counsel is Appointed to Represent An indigent Petitioner Counsel did made the Plea A Farce A Mockery of Justice.

B. Ground two: Conviction obtained by Plea of guilty Which was Unlawfuly induced And Not made Voluntarily with Understanding of the Nature of the Charges And
Supporting FACTS (tell your story briefly without citing cases or law): The Consequences of the Plea. Where Evidence to Sustain Finding that Prosecutor And defense Attorney Coerced Petitioner to Enter guilty Plea. The Plea was Not Voluntary Because the Result of Force And Threaten And Coerced, And Promise was made to the Petitioner by State Attorney And by His defense Counsel if He Plea guilty, And before the Plea was made Petitioner was Force to Put on Some Kind of Belt, He ▬▬▬ was Force To Wear the Belt Until the Plea was made, The Understanding was to Have Jury Trial the day Before Trial, Petitioner was denied A Jury Trial. If Petitioner Would Not Had to Wear That Belt He Would Not Plea guilty. Permitting Judgment To Vacate Upon ground that Judgment was obtained in Violation of Constitutional Right.

C. Ground three: Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, where the state has not provided a full and fair hearing,
Supporting FACTS (tell your story briefly without citing cases or law): on the merits of the Fourth Amendment claim. In all of the state charges the state fail to provided a full and fair hearing. The fact if state had the indictments would have been no bill. Because the charges of a controlled substance petitioner has served 18 months and 5 days which 17 months and 18 days was in county jail. What real evidence do the state has? None because normally, real evidence is marked as an exhibit and introduced in evidence. Alabama courts, however ordinari hold that items which are exhibited to the jury but are not formally introduced nevertheless may be considered as evidence, in fact one decision held that the proper way to introduce real evidence into evidence is to identify it and exhibit it before the jury. State fail to produce evidence, as exhibit, petitioner is held unlawfully.

D. Ground four: Conviction obtained by the unconstitutional failure of the prosecution to disclose to the petitioner evidence favorable to
Supporting FACTS (tell your story briefly without citing cases of law): the petitioner. The prosecutor denied speedy trial, speedy trial right is designed to protect: to prevent oppressive pretrial incarceration petitioner suffer. Petitioner has demonstrated in his first federal writ of habeas corpus all his constitutional rights is violated. The only reason petitioner file this petition is because he was granted to withdraw his guilty plea on the 12-1-2005, he was sent to Kilby Correctional Facility without been adjudged guilty of any crime. Why is the petitioner in prison? The prosecution dismiss the charges contained in CC-2004-347, because Jones case came for trial on 9-27-05 which was more than one year after his indictment the delay must be presumptively prejudicial. The prosecution fail to dismiss cases CC-2003-187-418-4A, which these cases came for trial on 9-27-05, which was more than one year after his indictment, the delay must be presumptively prejudicial.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal state briefly what grounds were not so presented, and give your reasons for not presenting them: in-12-A - the reason why that ground was not previously presented in any other court, because the petitioner were not convicted at the time he was awaiting trial, in-12-D-F is the same reason.

Petitioner think is a computer error why he was sent to prison, or that the federal court caused him to be here on a hearing to be set on the first federal petition or what other reason, because state judge did allow and granted motion to withdraw guilty plea. None of prison staff will tell petitioner what he is here for.

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?  Yes (X)   No ( )

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
 (a) At preliminary hearing Sydney Albert Smith, P.O. Drawer 389, Elba AL 36323
 (b) At arraignment and plea Riley Powell, he was no show at plea arraignment he sent his father to take his place as counsel. AB. Powell both have same address

(c) At trial A6, Powell P.o. Box 969 Andalusia AL 36420

(d) At sentencing A6. Powell

(e) On appeal _____

(f) In any post-conviction proceeding Woodard, Patel Sledge 1213 East Three Notch Street Andalusia AL 36420

(g) On appeal from any adverse ruling in a post-conviction proceeding: Motion to withdraw guilty plea granted - Woodard, Patel Sledge

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes (X)   No ( )

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ( )   No (X)
(a) If so, give name and location of court which imposed sentence to be served in the future:_____

(b) And give date and length of sentence to be served in the future:_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ( )   No ( )

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on _____.
                                               (date)

_Sarafie Earl Jones_
Signature of Petitioner