IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN Division

RECEIVED
2006 FEB -6 A 10: 10

LARYIE EARL JONES,
            Petitioner,

Vs.                                    . CIVIL Action No: 2:06-CV-67-MEF.

JOHN Cummings,
            Respondents.

NOTICE of NEW Address, MOTION TO Amend

COMES NOW THE PETITIONER LARYIE EARL JONES, PRO, SE, MOVE THE
COURT To be inFormED of NEW Address, AND Petitioner is
iLLEgALLy AND WithOut JURisdiction being HELd iN THE
CUSTody of THE RESpondent, BECAUSE Petitioner HAs Not been
AddUdged guilty of ANy Crime, Petitioner HEREIN RESPECTFULLY
Petition This Court THAt A WRit of HAbEAS CoRPuS Cum CAuSA
be issued diREcting THE WARDEN JOHN Cummings To PRoduce
bEFORE THis CouRt FORTHWith LARYiE EARL JoNes WHo is PRESENTLY
iN His CUSTody Since THE 2-1-06. A WRit of HAbEAS CoRPuS is
PRAyEd FoR PURSUANt to THE PROvisions of 28 U.S.C. Sec. 1443 Et seq.
Petitioner Petitions This CouRt FoR AN oRdER RELEASing Him FoRtHwitH
iN His oWN REcognizANCE oR, iN THE ALTERNAtive FoR AN oRdER
Setting REASonAbLE bAiL At THE EARLiEst PossibLE Time.
RESPEctfully SUBmitted THis THE 2 dAy of FEB, 2006.

                                                 Saryie Earl Jones
                                             SigNAtuRE of PETiTioNER

CERtifICAtE of SERViCE

I CERtiFY THAt I HAVE SERVEd A CoPy of THE AbovE infoRmAtion
to THE AttoRNEy GENERAL, BY U.S. MAiL, doNE oN THis THE 2
dAy of FEB, 2006.

                                                 Saryie Earl Jones
                                             SignAtuRE of PETiTioNER