**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _J. Gunn_  ☐ Agent  ☐ Addressee

B. Received by ( *Printed Name* )  _Gunar_     C. Date of Delivery _1/31/2006_

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Hon. Troy King
Attorney General
State of Alabama
11 South Union Street
Montgomery, AL    36130

C a o    06-67

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
   *(Transfer from service label)*     7005 1820 0002 3465 2201

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540