RECEIVED

2006 FEB 17 A 9 53

Civil Action No,
2:05-CV-701-F
2:06-CV-67-MEF

Dear Clerk of Middle District Court
I Laryie Earl Jones, am inform you of my new address, I am back at the Covington County Jail, 290 Hillcrest Drive, Andalusia Alabama 36420.

I hereby certify that on this 15 day of Feb, 2006, I served a copy of the foregoing on the Attorney General, 11 - South Union Street, Montgomery, Alabama, 36130 - 0152

*Laryie Earl Jones*
Signature of Petitioner

LARYIE EARL JONES
A#S-156616
Covington County Jail
290 Hillcrest Drive
Andalusia, AL 36420

36101+0711

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711