| State of Alabama<br>Unified Judicial System<br>C-7 Rev. 2/79 | **CASE ACTION SUMMARY**<br>**CONTINUATION** | Case Number<br><br>ID   YR   Number |

Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |

STATE OF ALABAMA           IN THE CIRCUIT COURT OF

PLAINTIFF,          *       COVINGTON COUNTY, ALABAMA

VS.              *

LARYIE EARL JONES,      *      CASE NO. CC-2003-187

DEFENDANT,         *

### ORDER

The defendant, Laryie Earl Jones, appeared in open Court in person with Hon. Ab Powell, The partner of his defense counsel of record, and, whereupon the defendant withdrew his plea of not guilty and whereupon the defendant plead guilty to **Unlawful Possession of a Controlled Substance (Cocaine)**, said crime being set forth in Count I of the indictment.

Upon his plea of guilty, the Court proceeded per the requirements of the Alabama Rules of Criminal Procedure, by which means it accepted the said plea. On account of the foregoing things, defendant stood and was adjudged to be guilty of **Unlawful Possession of a Controlled Substance (Cocaine)** as charged in Count I of the indictment. The Court then sentenced such defendant to a term of **fifteen (15) years** imprisonment in the penitentiary of the State of Alabama under the Habitual Felony Offender Act on Count I. Notwithstanding that fact, it is specifically provided that the defendant shall receive credit for any time already served on this prosecution. Further, and in view of the preceding matters, all other Counts of the indictment are now due to be, and same accordingly are, nolle prossed.

Further, the sentence imposed herein shall run concurrently with any time simultaneously served in Covington County Case Numbers CC-2003-418 and CC-2003-419.

**EXHIBIT**
4

| Date | ACTIONS, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
|      |                               |

As additional punishment for the conviction in this particular cause, the defendant was ORDERED to pay: all costs incurred herein, including the fees of court appointed defense counsel; $100.00 to the Alabama Crime Victim's Compensation Fund; $2,000.00 User's Fee (Count I); $100.00 to the forensics trust fund.

Said payments are to be made as follows: $50.00 per month beginning as indicated by separate order bearing even date herewith.

It is further ORDERED that the defendant: shall submit to substance abuse evaluation by the Court Referral Officer and undergo treatment in that level of Substance Abuse Program as such officer may recommend; Shall surrender his driver's license to the State Department of Public Safety who shall suspend or revoke same for six (6) months by reason of this judgment, pursuant to the plea agreement and as required by law; shall, within 30 days of his release from incarceration enroll in and successfully complete a twelve (12) month residential substance abuse rehabilitation program; shall attend Substance Abuse Recovery meetings (e.g., Narcotics Anonymous, Alcoholics Anonymous, etc.) at least once a week; shall forfeit to the State all seized evidence in this case for the purpose of destruction; and, upon recommendation of the State of Alabama, the Sheriff of Covington County is directed to issue the Defendant a 48 hour pass for leave from the Covington County Jail, beginning at 5:00 p.m. on September 28, 2005 and ending at 5:00 p.m. on September 30, 2005.

The above acts being done, the Court notes that it specifically advised the defendant of his limited rights of appeal under Rule 14.4(a)(1)(viii), A.R.Crim.P. but he did not give any kind of notice of appeal.

| Date | ACTIONS, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| | |

The defendant did apply for the benefits of probation and herein is granted a split

sentence. The defendant shall now serve one (1) year in the penitentiary of the State of Alabama

upon his total term in this case, with said split sentence beginning on September 27, 2005 and

concluding one (1) year from that date. The defendant shall nonetheless receive credit for time

served as specified previously in this Order, but without any deduction therefrom under the

Alabama Correctional Incentive Time Act. The execution of the remainder of the defendant's

sentence is thereupon suspended, and the defendant is placed upon probation for such remainder

by separate order bearing even date herewith.

DONE and ORDERED this the 27th day of September, 2005.

M. ASHLEY McKATHAN
CIRCUIT JUDGE

I have read over and/or have had read to me by my attorney the above Order and attest I
understand said Order and that said Order accurately sets out the plea agreement that I have
reached with the State.

9/27/05
DATE                              DEFENDANT

I have read the above Order and have gone over it with and/or read it to the defendant. I attest
that said Order accurately sets out the plea agreement that my client has reached with the State. I
further attest that I have discussed this Order with my client to the extent that he has assured me
that he understands said Order and that I am comfortable in representing that he understands said
Order.

9/27/05
DATE                              ATTORNEY FOR DEFENDANT

| Date | ACTIONS, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| | |
| | |
| | |
| | The State is satisfied that the above order accurately sets out the plea agreement reached by the parties in this matter. |
| | 9/12/05 |
| | DATE                    PROSECUTING ATTORNEY |
| 9-27-05 | Order of Probation after Allowance of Appeal Setting |
| 9-28-05 | Transcript of Record |
| 10/7/05 | Notice of Appeal to the Alabama Court of Criminal Appeals |
| 10/7/05 | Motion for Arraignment and to Withdraw Plea of Guilty |
| 10/7/05 | Notice of Appeal to the Alabama Court of Criminal Appeals by the Trial Court Clerk |
| 10-15-05 | Order setting hearing 11-8-05 @ 9:00 on motion to w/d guilty plea |
| 10-19-05 | Petition for Writ of Error Coram Nobis |
| 10/25/05 | Order; Hon Riley Powell is allowed to withdraw and it is further Ordered that Hon Manish Patel is appointed to represent the Defendant. /s/ MGM |
| 10/25/05 | Order that the Clerk shall return the documents to the defendant so that he may comply with rule 32 and that said documents shall not be considered filed unless the defendant does so. /s/ MGM |
| 10-24-05 | Motion for a Bail Pending the Hearing of Arraignment & withdrawal plea of guilty — Denied 10/25/05 |
| 10-28-05 | Acceptance of Appointment |
| 10-31-05 | Petition for Writ of Error Coram Nobis |
| 11-1-05 | order; this document is simply a copy of the one filed 10-19-05 as some was previously addressed nothing else there to done w/it at this point |

UNL. POSS. CONTROLLED SUBSTANCE    CLASS C FELONY    GRAND JURY NO. 10-11
UNL. POSS. DRUG PARAPHERNALIA    CLASS A MISDEMEANOR

**THE STATE OF ALABAMA.** }
**Covington County**

# Circuit Court

SID# 00796016

FEBRUARY 2003 TERM

## COUNT I

THE GRAND JURY OF COVINGTON COUNTY CHARGES THAT BEFORE THE FINDING OF THIS INDICTMENT, LARYIE EARL JONES, WHOSE NAME IS UNKNOWN TO THE GRAND JURY OTHER THAN AS STATED, WHILE AT OR NEAR COVINGTON COUNTY, ALABAMA, DID ON OR ABOUT TO-WIT: SEPTEMBER 17, 2002, KNOWINGLY AND UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE, TO-WIT: COCAINE, IN VIOLATION OF TITLE 13A-12-212, OF THE CODE OF ALABAMA, 1975, AND AS LAST AMENDED, AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

## COUNT II

THE GRAND JURY OF COVINGTON COUNTY CHARGES THAT BEFORE THE FINDING OF THIS INDICTMENT, LARYIE EARL JONES, WHOSE NAME IS UNKNOWN TO THE GRAND JURY OTHER THAN AS STATED, WHILE AT OR NEAR COVINGTON COUNTY, ALABAMA, DID ON OR ABOUT TO-WIT: SEPTEMBER 17, 2002, KNOWINGLY AND UNLAWFULLY POSSESS DRUG PARAPHERNALIA, TO-WIT: METAL SMOKING DEVICE, USED, INTENDED OR DESIGNED FOR USE IN PLANTING, PROPAGATING, CULTIVATING, GROWING, HARVESTING, MANUFACTURING, COMPOUNDING, CONVERTING, PRODUCING, PROCESSING, PREPARING, TESTING, ANALYZING, PACKAGING, REPACKAGING, STORING, CONTAINING, CONCEALING, INJECTING, INGESTING, INHALING OR OTHERWISE INTRODUCING INTO THE HUMAN BODY A CONTROLLED SUBSTANCE, A FURTHER OR MORE DETAILED DESCRIPTION BEING UNKNOWN TO THE GRAND JURY, CONTRARY TO AND IN VIOLATION OF TITLE 13A-12-260, OF THE CODE OF ALABAMA, 1975, AND AS LAST AMENDED, AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

District Attorney of the 22nd Judicial Circuit

No. CC-2003-187

THE STATE OF ALABAMA
Covington County

CIRCUIT COURT

FEBRUARY ——— Term, 20 03

THE STATE
vs.
ARVIE EARL JONES

INDICTMENT
UNL POSS CONTROLLED SUBSTANCE
UNL POSS DRUG PARAPHERNALIA

Charge

_____ Prosecutor

WITNESSES:

Grand Jury No. 10-11

A TRUE BILL

_____
Foreman Grand Jury

Presented to the presiding Judge in open
Court by the Foreman of the Grand Jury,
in the presence of 15 other Grand Jurors
and filed by the order of Court this 14

day of February , 20 03

_____
Clerk

Bail Fixed at $ 15,000

_____
Judge.

| | | Case Number |
|---|---|---|
| State of Alabama<br>Unified Judicial System<br>Form C-44C (front) Rev. 8/95<br>As rev. for local use 5/98; 6/00, 8/02 | **EXPLANATION OF RIGHTS AND PLEA OF GUILTY**<br>(Habitual Or Non-Habitual Offender -- Circuit or District Court) | CC-03-187 |

IN THE ___CIRCUIT___ COURT OF ___COVINGTON___ COUNTY, ALABAMA
(Circuit, or District)      (Name of County)

STATE OF ALABAMA V. ___LARYIE EARL JONES___
                              Defendant

TO THE ABOVE-NAMED DEFENDANT: The Court being informed that you wish to enter a plea of guilty in this case, this is to inform you of your rights as a criminal defendant.

## PENALTIES APPLICABLE TO YOUR CASE

You are charged with the following crime(s):

| | count(s) of | | which is a Class | | Felony | Misdemeanor |
|---|---|---|---|---|---|---|
| 1 | Unl Poss CS | | which is a Class | C | ☒ Felony | ☐ Misdemeanor. |
| 1 | Unl Poss Drug Paraph | | which is a Class | A | ☐ Felony | ☒ Misdemeanor. |
| | | | which is a Class | | ☐ Felony | ☐ Misdemeanor. |
| | | | which is a Class | | ☐ Felony | ☐ Misdemeanor. |

The Court has been informed that you desire to enter a plea of guilt to the crime(s) of:

| | on count(s) | which is a Class | | Felony | Misdemeanor |
|---|---|---|---|---|---|
| Unl Poss CS | on count(s) I | which is a Class | C | ☒ Felony | ☐ Misdemeanor. |
| | on count(s) | which is a Class | | ☐ Felony | ☐ Misdemeanor. |
| | on count(s) | which is a Class | | ☐ Felony | ☐ Misdemeanor. |
| | on count(s) | which is a Class | | ☐ Felony | ☐ Misdemeanor. |

The sentencing range for the above crime(s) is set out below:

| MISDEMEANOR | | FELONY | |
|---|---|---|---|
| Class A | Up to one (1) year imprisonment in the county jail, or a fine up to $2000, or both. | Class A | Not less than ten (10) years and not more than life or ninety-nine (99) years imprisonment in the state penitentiary, and may include a fine not to exceed $20,000. |
| Class B | Up to six (6) months imprisonment in the county jail, or a fine up to $1000, or both. | Class B | Not less than two (2) years and not more than twenty (20) years imprisonment in the state penitentiary, and may include a fine not to exceed $10,000. |
| Class C | Up to three (3) months imprisonment in the county jail, or a fine not to exceed $500, or both | Class C | Not less than one (1) day and not more than ten (10) years imprisonment in the state penitentiary, and may include a fine not to exceed $5,000. |

You will also be ordered to pay the costs of court, which may include the fees of any appointed attorney, and restitution if there is any. You will also be ordered to pay an additional monetary penalty for the use and benefit of the Alabama Crime Victims Compensation Commission of not less than $50 and not more than $10,000 for each felony and $25 and not more than $1,000 for each misdemeanor for which you are convicted. This crime is also subject to the following enhancements or additional penalties as provided by law: (Provisions Checked Apply To Your Case)

As a reported Habitual Offender, you are further advised that the Alabama Habitual Offender Act, §13A-5-9, provides the following enhanced punishment for anyone who has been previously convicted of one or more felonies and who then is convicted of a subsequent felony.

| Prior Felonies →<br>This offense ↓ | No<br>Prior Felonies | One<br>Prior Felony | Two<br>Prior Felonies | Three +<br>Prior Felonies |
|---|---|---|---|---|
| Class C Felony | 1 Yr. & 1 Day - 10 Years<br>In State Penitentiary<br>Fine Up To $5000 | 2 - 20 Years In State<br>Penitentiary<br>Fine Up To $10,000 | 10 years - Life or 99<br>Years In State Penitentiary<br>Fine Up To $20,000 | 15 Years - Life or 99<br>Years In State Penitentiary<br>Fine Up To _____* |
| Class B Felony | 2 - 20 Years In State<br>Penitentiary<br>Fine Up To $10,000 | 10 Years - Life or 99<br>Years In State Penitentiary<br>Fine Up To $20,000 | 15 Years -Life or 99<br>Years In State Penitentiary<br>Fine up To _____* | 20 Years - Life Imprisonment<br>in State Penitentiary<br>Fine up To _____* |
| Class A Felony | 10 Years - Life or 99<br>Years In State Penitentiary<br>Fine Up To $20,000 | 15 Years - Life or 99<br>Years In State Penitentiary<br>Fine Up To _____* | Life Imprisonment or Any<br>Term Of Years Not Less Than 99<br>Years In State Penitentiary<br>Fine Up To _____* | Mandatory Imprisonment<br>For Life. If no prior Class A Felony<br>conviction parole permitted if judge<br>chooses. Otherwise no parole.<br>Fine up to _____* |

(* means fine amount will be filled in by the Court)

This crime is also subject to the following enhancements or additional penalties, as provided by law (Provisions checked apply to your case):

☐ Enhanced Punishment For Use Of Firearm Or Deadly Weapon: §13A-5-6, *Code of Alabama* 1975, provides for the enhancement of punishment where a "firearm or deadly weapon was used or attempted to be used in the commission of a felony." This section provides for the following punishment in such event: For the commission of a Class A Felony, a term of imprisonment of not less than 20 years; For the commission of a Class B Felony, a term of imprisonment of not less than 10 years; For the commission of a Class C Felony, a term of imprisonment of not less than 10 years.

☐ Enhanced Punishment For Drug Sale Near Housing Project: §13A-12-270, *Code of Alabama* 1975, provides that any person who is convicted of unlawfully selling any controlled substance within a three (3) mile radius of a public housing project owned by a housing authority must be punished by an additional penalty of five years' imprisonment for each violation.

☐ Enhanced Punishment For Drug Sale Near School: §13A-12-250, *Code of Alabama* 1975, provides that any person who is convicted of unlawfully selling any controlled substance within a three (3) mile radius of a public or private school, college, university or other educational institution, must be punished by an additional penalty of five years' imprisonment for each violation.

☐ Enhanced Punishment For Sale Of Controlled Substance To One Under 18: §13A-12-215, *Code of Alabama* 1975, provides that anyone convicted of selling, furnishing or giving away a controlled substance to one who has not yet attained the age of 18 years, shall be guilty of a Class A Felony and the punishment imposed shall not be suspended nor probation granted.

☒ Forensic Trust Fund Fee: Section 36-18-7 provides that, in addition to all fines, fees, costs and punishments prescribed by law, there shall be imposed or assessed an additional fee of $100.00 on any conviction in any court of the state for drug possession, drug sale, drug trafficking and drug paraphernalia offenses as defined in Sections 13A-12-211 to 13A-12-260, inclusive.

Form C-44C (back) Rev-8/96
As rev. for local use 6/98, 8/02

## EXPLANATION OF RIGHTS AND PLEA OF GUILTY
(Habitual or Non-Habitual Offender – Circuit or District Court)

☒ Drug Demand Reduction Assessment Act and Loss of Driving Privileges: Section 13A-12-281 provides that, if you are convicted of a violation of §§13A-12-202, 13A-12-203, 13A-12-204, 13A-12-211, 13A-12-212, 13A-12-213, 13A-12-215 or 13A-12-231, Code of Alabama 1975, you shall be assessed an additional fee of $1000 if you are a first-time offender or $2000 if you are a repeat offender under one of these sections. Collection of all or part of the penalty will be suspended if, with Court approval, you enter a drug rehabilitation program and if you agree to pay for a part or all of the program costs. Upon successful completion of the program, you may apply to the Court to reduce the penalty by the amount actually paid by you for participation in the program. Any suspension of the penalty can be withdrawn by the Court if you fail to enroll in or successfully pursue or otherwise fail to complete an approved program. In addition, you will lose your privilege to drive a motor vehicle for a period of six months, which is also applicable if convicted under §§13A-12-214, 32-5A-191(a)(3) or 32-5A-191(a)(4).

☒ Alcohol Related Offense: If you are convicted of an alcohol or drug-related offense, you will be required to undergo an evaluation for substance abuse. Based upon the results of any such evaluation, you will be required to complete the recommended course of education and/or treatment and to pay for the evaluation and any program to which you are referred. Failure to submit to an evaluation or failure to complete any program to which you may be referred will be considered a violation of any probation or parole you may be granted. You may also be required to attend monitoring sessions, including random drug and alcohol testing or blood, urine and/or breath tests, and to pay a fee for this service. You may request a waiver of part or all of the fees assessed if you are indigent or for any portion of time you are financially unable to pay. Community service may be ordered by the Court in lieu of the monetary payment of fees by an indigent.

☒ DNA Samples for Criminal Offenses in §36-18-24, Code of Alabama 1975. §36-18-25(e) provides that, as of May 6, 1994, all persons convicted of any of the offenses set out in §36-18-24, shall be ordered by the court to submit to the taking of a DNA sample or samples.

☒ Other    AS SET OUT THE PLEA AGREEMENT.

### RIGHTS YOU HAVE AND WAIVER OF YOUR RIGHTS

Under the Constitution of the United States and the Constitution and laws of the State of Alabama, you have a right to remain silent and you may not be compelled to give evidence against yourself. Your attorney cannot disclose any confidential talks he/she has had with you. You do not have to answer any questions. If you do answer questions knowing that you have a right to silence, you will have waived your right.

You have the right to enter, and continue to assert, a plea of "not guilty" or "not guilty by reason of mental disease or defect," and have a public trial before a duly selected jury. The jury would decide your guilt or innocence based upon the evidence presented before them. If you elect to proceed to trial, you would have the right to be present, you would have the right to have your attorney present to assist you, you would have the right to confront and cross examine your accuser(s) and all the State's witnesses, you would have the right to subpoena witnesses to testify on your behalf and to have their attendance in court and their testimony required by the Court, and you would have the right to take the witness stand and to testify but only if you chose to do so, as no one can require you to do this. If you elect to testify, you can be cross-examined by the State, just as any other witness is subjected to cross-examination. If you elect not to testify, no one but your attorney will be allowed to comment about that fact to the jury. Your attorney is bound to do everything he/she can honorably and reasonably do to see that you obtain a fair and impartial trial.

If you elect to proceed to trial, you come to court presumed to be innocent. This presumption of innocence will follow you throughout the trial until the State produces sufficient evidence to convince the jury (or the Court if the trial is non-jury) of your guilt beyond a reasonable doubt. You have no burden of proof in this case. If the State fails to meet its burden, you would be found not guilty. If you are entering a guilty plea to a charge for which you have not yet been indicted, you are waiving indictment by a grand jury and you will be pleading guilty to a charge preferred against you by a District Attorney's Information filed with the Court.

IF YOU PLEAD GUILTY, THERE WILL BE NO TRIAL. YOU WILL BE WAIVING THE RIGHTS OUTLINED ABOVE, EXCEPT YOUR RIGHTS RELATING TO REPRESENTATION BY AN ATTORNEY. THE STATE WILL HAVE NOTHING TO PROVE, AND YOU WILL STAND GUILTY AND BE CONVICTED AND SENTENCED BASED ON YOUR GUILTY PLEA. BY ENTERING A PLEA OF GUILTY, YOU WILL ALSO WAIVE YOUR RIGHT TO APPEAL, UNLESS (1) YOU HAVE, BEFORE ENTERING THE PLEA OF GUILTY, EXPRESSLY RESERVED THE RIGHT TO APPEAL WITH RESPECT TO A PARTICULAR ISSUE OR ISSUES, IN WHICH EVENT APPELLATE REVIEW SHALL BE LIMITED TO A DETERMINATION OF THE ISSUE OR ISSUES RESERVED, OR (2) YOU HAVE TIMELY FILED A MOTION TO WITHDRAW THE PLEA OF GUILTY AFTER PRONOUNCEMENT OF SENTENCE ON THE GROUND THAT THE WITHDRAWAL IS NECESSARY TO CORRECT A MANIFEST INJUSTICE, AND THE COURT HAS DENIED YOUR MOTION TO WITHDRAW YOUR PLEA, OR THE MOTION HAS BEEN DEEMED DENIED BY OPERATION OF LAW.

IF YOU HAVE A RIGHT TO APPEAL UNDER ONE OF THE CONDITIONS ABOVE AND YOU ARE DETERMINED BY THE COURT TO BE INDIGENT, COUNSEL WILL BE APPOINTED TO REPRESENT YOU ON APPEAL. IF YOU SO DESIRE AND IF THE APPEAL IS FROM A CIRCUIT COURT JUDGMENT OR SENTENCE, A COPY OF THE RECORD AND THE REPORTER'S TRANSCRIPT WILL BE PROVIDED AT NO COST TO YOU.

IF YOU HAVE ANY QUESTIONS ABOUT YOUR RIGHTS OR THE CONSEQUENCES OF PLEADING GUILTY, PLEASE LET THE COURT KNOW NOW AND FURTHER EXPLANATION WILL BE MADE.

FILED IN OFFICE

Date 9/27/05                                    Judge _____

SEP 2 7 2005

### ATTORNEY'S CERTIFICATE

I certify that the above was fully read to the Defendant by me; that I explained the penalty or penalties involved with the Defendant, that I discussed in detail the Defendant's rights and the consequences of pleading guilty and that, in my judgment, the Defendant understands the same and that he/she is knowingly, voluntarily and intelligently waiving his/her rights and entering a voluntary and intelligent plea of guilty. I further certify to the Court that I have in no way forced or induced the Defendant to plead guilty and to my knowledge no one else has done so.

Date 9/27/05                              Attorney _____

### DEFENDANT'S STATEMENT OF WAIVER OF RIGHTS AND PLEA OF GUILTY

I certify to the Court that my attorney has read and explained the matters set forth above; that my rights have been discussed with me in detail and fully explained; that I understand the charge or charges against me; that I understand my rights, the punishment or punishments provided by law as they may apply to my case, and I understand the consequences of pleading guilty; that I am not under the influence of any drugs, medicine or alcoholic beverages; and I have not been threatened or abused or offered any inducement, reward, or hope of reward to plead guilty other than the terms of the plea agreement that will be stated upon thereofrom.

I further state to the Court that I am guilty of the charge to which I am entering a plea of guilty, that I desire to plead guilty, that I made up my own mind to plead guilty, and that I knowingly, intelligently and voluntarily waive my right to a trial in this case. I further state to the Court that I am satisfied with my attorney's services and his/her handling of my case.

Date 9/27/05                              Defendant _____

State of Alabama
Unified Judicial System

Form C-53 Rev. 2/81, as modified for local use.

**ORDER OF PROBATION**
**AFTER ALLOWANCE OF SPLIT- SENTENCE**

Case Number

CC  03   187
ID   YR   Number

IN THE _____ CIRCUIT _____ COURT OF _____ COVINGTON _____ COUNTY

STATE OF ALABAMA          vs. LARRYIE EARL JONES _____

It appears to the Court the above named defendant has

[X] (plead guilty and) been convicted of the offense of _Unl. Poss. of a Controlled Substance (Cocaine)_

[ ] has been adjudicated a Youthful Offender for the underlying offense of _____

and has been sentenced and granted a split sentence and probation by separate order. Thereupon, it is directed that the following terms and conditions shall govern defendant's probation once he has served his split and is released on probation.

It is the order of the Court that the probationer comply with the following general and special conditions of probation:

Do not violate any Federal, State, or local law.

Avoid injurious or vicious habits.

Avoid persons or places of disreputable or harmful character.

Report to the Probation Officer as directed.

Permit the probation officer to visit him at his home or elsewhere.

Work faithfully at suitable employment as far as possible.

Remain within a specified place to-wit:  State of Alabama

Support his dependants to the best of his ability.

Do not change residence or employment without the consent of the Probation Officer.

Pay to the Probation Officer $30.00 per month during the probation period, pursuant to Section 15-22-2, *Code of Alabama*, 1975.

[ ] The defendant shall perform _____ hours of community service. Said service shall be approved in advance by the probation officer, and shall then be monitored by him. Further, said service shall be performed in increments of not less than ____ hours per week until it is finished.

[X] The defendant shall submit to substance (drug and/or alcohol) abuse evaluation by the Court Referral Officer and undergo treatment in that level of the Substance Abuse Program as such officer may recommend.

[X] The defendant is not to use alcohol or narcotic drugs, or frequent places where intoxicants or drugs are sold, dispensed, or used unlawfully; not to own, possess or have under your control a firearm; to participate in alcoholic, drug treatment, or other therapeutic programs when instructed to do so by your Probation Officer; to make yourself available for searches and/or tests when ordered by your Probation Officer, including, but not limited to, Urinalysis, Breathalizer, and blood samples and/or search of your residence, vehicle, or any property under your control.

It is further ordered by the Court that the defendant pay his assessments in this case in the following manner:
The defendant shall remit the sum of $50.00 per month over unto the Circuit Clerk until every-
thing he owes in this matter has been completely satisfied.

Other special conditions ordered by the Court are as follows:  The remittances as mentioned above shall com-
mence within 60 days of the date on which the defendant finishes the requirements of the next
paragraph.

The defendant shall enroll in, and successfully proceed through, a one year long, residen-
tial, substance abuse program.  Such entry shall transpire within 30 days of the date on which
the defendant is done with the prison portion of his split-sentence.  Further, the substance
abuse program chosen by the defendant pursuant hereto must be approved in advance by his
probation officer.

The defendant shall forfeit any evidence seized in this case for the purpose of destruction.
Finally, the defendant shall attend a Narcotics Anonymous meeting at least once each week
for so long as he remains on probation.

FILED IN OFFICE

SEP 2 7 2005

_Reg S Pancer_
CLERK

It is the further order of the Court and the defendant is hereby advised that the Court may at any time revoke or modify any conditions of this probation or change the period of probation and may discharge defendant from probation or extend the period of probation. The probationer shall be subject to arrest for violation of any condition of the probation herein granted. The Court may, at any time, for cause, order the original sentence executed.

Ordered at ___ Andalusia ___, Alabama, this (Date) the 27th day of September, 2005.

_____
Judge

A copy of this order has been delivered to the probationer, who has been instructed regarding same this (date) _____

_____
Probation Officer

The above instructions and conditions have been read and explained, and I hereby accept these conditions, agreeing to abide by them.

Race ___ Age ___ Sex ___

Occupation _____

_____
Probationer signs here

_____
Address of Probationer