IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

**FILED IN OFFICE**

| | | |
|---|---|---|
| STATE OF ALABAMA, | * | DEC 0 1 2005 |
| PLAINTIFF, | * | *Roy S Powell* |
| | | CLERK |
| VS. | * | CASE NOS.: CC-2003-187 |
| | | CC-2003-418 |
| LARRYIE EARL JONES, | * | CC-2003-419 |
| DEFENDANT. | * | |

## ORDER

Upon consideration of the defendant's pending post-trial motions, it is hereby ORDERED that: The defendant is allowed to withdraw his guilty pleas in these matters and the judgments and sentences are all held for naught, as, due to a mutual mistake, which was only discovered later, there was never any actual meeting of the minds of the parties with respect to the purported plea agreements that were tendered to the Court. Accordingly, these cases should be, and they now are, restored to the pending criminal trial docket, whereupon a jury shall be empanelled and the matters tried and determined.

DONE and ORDERED this the 1st day of December, 2005.

M. ASHLEY McKATHAN
CIRCUIT JUDGE

**EXHIBIT**

D