IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARYIE EARL JONES, #156610, | ) |
| | ) |
|    Petitioner, | ) |
| v. | ) CASE NO. 2:06-cv-67-MEF |
| | )    WO |
| TERRANCE McDONNELL, *et al.,* | ) |
| | ) |
|    Respondents. | ) |

# **ORDER**

On March 30, 2006 (Doc. 12), the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation is adopted and that:

1. The petition for habeas corpus relief filed by Laryie Earl Jones is DENIED.

2. The petition is dismissed without prejudice to afford Jones the opportunity to present his claims to the state courts.

3. This case is DISMISSED.

Done this the 25th day of April, 2006.

                                                    /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE