IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARYIE EARL JONES, #156610, | ) |
| | ) |
|     Petitioner, | ) |
| v. | ) CASE NO. 2:06-cv-67-MEF |
| | )     WO |
| TERRANCE McDONNELL, *et al.,* | ) |
| | ) |
|     Respondents. | ) |

## **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the respondents and against the petitioner, and that this action is dismissed without prejudice.

Done this the 25th day of April, 2006.

                                                /s/ Mark E. Fuller
                                         CHIEF UNITED STATES DISTRICT JUDGE